IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MARIA MARTINEZ,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 3:22-cv-00185-FM** |
| **WELLS FARGO BANK, N.A.,** | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the court is "Joint Stipulation of Dismissal with Prejudice" ("Stipulation"), filed September 20th, 2023 by Plaintiff Maria Martinez and Defendant Wells Fargo Bank, N.A. (collectively, "Parties"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." The Stipulation is signed by the Parties' attorneys.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this ___ day of _____, 2023.

_____
HONORABLE FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

4869-4265-6639.1 / 091367-1065