UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIA MARTINEZ, | § § § | |
| Plaintiff, | § § | EP-22-CV-00185-FM |
| v. | § § | |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Joint Stipulation of Dismissal with Prejudice" [ECF No. 33], filed September 20, 2023, by the parties. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the stipulation states otherwise.[1] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _20_ day of **September 2023.**

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).

1